UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAVEN MOSES, STARAISHA MORRIS,
DWAYNE DALE, and ISMAIYL JONES,
individually and on behalf of themselves and all
current and former employees,

              Plaintiffs,

- against -

GRIFFIN INDUSTRIES, LLC, MICHAEL SMITH,
*Individually,* WINSTON SMITH, *Individually,*
ANDREW MUNIZ, *Individually,* AARON MUNIZ,
*Individually,* DANE YEE, *Individually,* MARIO
LOPEZ, *Individually,* GRIFFIN SECURITY
SERVICES, CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC., and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 1430,
WORKFORCE1, NIQUE IRVING, and SEXTON
ALSTON,

              Defendants.

18-CV-1200 (JGK)

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE that on the accompanying Memorandum of Law, Defendant Consolidated Edison Company of New York, Inc. ("Con Edison") will move this Court, before the Honorable John G. Koeltl, United States District Judge, at the United States Court House, 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the action in its entirety for failure to state a claim upon which relief can be granted, and awarding Defendant Con Edison such other and further relief as the Court deems just and proper.  PLEASE TAKE FURTHER NOTICE that Defendant Con Edison respectfully requests oral argument on its motion at a time and date convenient to the Court.

Dated: New York, New York
       May 11, 2018

        STEVEN M. SCOTTI
        Attorney for Defendant Consolidated Edison
          Company of New York, Inc.

        Of Counsel:

        By:  /s/ *Adam J. Smiley*
             Adam J. Smiley
             4 Irving Place, Room 1820
             New York, New York 10003
             smileya@coned.com
             212-460-3990

To:    George T. Peters, Esq.
        Law Office of George T. Peters, PLLC
        2510 Valentine Avenue, 3rd Floor
        Bronx, NY 10458