```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RAVEN MOSES, et al.,                              :
                                                  :
                          Plaintiffs,             :
                                                  :   18-CV-1200 (ALC) (OTW)
              -against-                           :
                                                  :   **ORDER**
CONSOLIDATED EDISON COMPANY OF NEW                :
YORK, INC., et al.,                               :
                                                  :
                          Defendants.             :
                                                  :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On June 24, 2019, Defendants Griffin Industries, Griffin Security Services, Michael Smith, Winston Smith, Andrew Muniz, Aaron Muniz, Dane Yee, Mario Lopez, and Sexton Alston ("Griffin Defendants") were granted an extension of time until July 10, 2019 to file an Answer, with Plaintiffs' consent. (ECF 96). The Griffin Defendants subsequently filed their Answer on July 10, 2019. (ECF 100). Defendants Grant Associates, Nique Irving, and Workforce 1 were dismissed from this action by Plaintiffs. (ECF 98). Accordingly, any request for a default is DENIED as moot. The Clerk of Court is directed to close ECF 91.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: December 10, 2019 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |