**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
RAVEN MOSES, et al.,                      :
                                          :
                         Plaintiffs,      :    18-CV-1200 (ALC) (OTW)
                                          :
            -against-                     :         ORDER
                                          :
CONSOLIDATED EDISON COMPANY OF NEW        :
YORK, INC., et al.,                       :
                                          :
                         Defendants.      :
                                          :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The March 18, 2020 pre-motion conference is hereby adjourned *sine die*. By **March 18, 2020**, Plaintiffs shall either (a) file their motion for conditional certification or (b) file a letter stating that they wish to rely on their prior briefing (ECF 114 – 116). By **April 1, 2020**, Defendants shall file their opposition to Plaintiffs' motion. Plaintiffs' reply, if any, is due **April 8, 2020**.

**SO ORDERED.**

Dated: March 12, 2020
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge