UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RAVEN MOSES, et al.,

                        Plaintiffs,           18-CV-1200 (ALC) (OTW)

       -against-                         **ORDER**

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC., et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties submitted a rambling seven-page status letter using minuscule font. (ECF 133). It is unclear to the Court what relief the parties seek, and if the parties have any discovery disputes. If the parties would like any resolution from the Court, the parties must file a **joint status letter by June 12, 2020**. Each issue must be denoted by a separate heading. **The joint letter must be in 12-point font and no longer than three pages.** Clarity and brevity, as always, is encouraged.

      **SO ORDERED.**

                                                           _s/ Ona T. Wang_

Dated: June 3, 2020                                       **Ona T. Wang**
      New York, New York                 United States Magistrate Judge