**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAVEN MOSES, et al.,

                      Plaintiffs,          18-CV-1200 (ALC) (OTW)

        -against-                      **ORDER**

GRIFFIN INDUSTRIES, LLC, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a status conference on July 9, 2020. As directed at the conference:

- By July 13, 2020, Griffin shall confirm to Plaintiffs whether it can access and produce electronic documents. In any event, Griffin is to complete its production by August 31, 2020.

- Plaintiffs and ConEd shall prioritize discovery regarding the joint employer issue.

- Griffin and Plaintiffs to meet and confer regarding Griffin's Rule 30(b)(6) witness and the date by which the Rule 30(b)(6) deposition notice will be served.

- Parties shall file a joint status letter on September 14, 2020.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: July 10, 2020                            **Ona T. Wang**
       New York, New York                  United States Magistrate Judge