

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

April 6, 2021

**VIA ECF**

Hon. Ona Wang
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Moses, et al. v. Griffin Industries, LLC, et al.*, No. 18-CV-1200-ALC-OTW

Dear Magistrate Judge Wang:

      This firm represents Consolidated Edison Company of New York, Inc. ("Con Edison") in the above-referenced matter. By Order dated April 1, 2021, Your Honor directed the parties to submit a joint status letter to the Court on or before April 8, 2021 (DKT 449). We write, pursuant to Section I.e. of Your Honor's Individual Rules of Practice in Civil Cases, to request a 7-day extension of time, from April 8, 2021 to April 15, 2021 to submit a joint status letter to the Court. Con Edison makes the foregoing request because the undersigned counsel recently had a death in the family, and as a result will be out of the office for much of the next week. This is the first time Con Edison has requested an extension of time to submit the joint status letter and Plaintiffs and the Griffin Defendants consent to this request.

Respectfully submitted,

*/s Eli Freedberg*

Eli Z. Freedberg
Shareholder

EZF/prp

cc:   All Counsel of Record (via ECF)

> Application granted. Joint status letter due by Apr. 15, 2021. The Court wishes Mr. Freedberg and his family well. SO ORDERED.
>
> _____
> Ona T. Wang  Apr. 7, 2021
> U.S.M.J.