**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAVEN MOSES, et al.,

                      Plaintiffs,            18-CV-1200 (ALC) (OTW)

          -against-                     **ORDER**

GRIFFIN INDUSTRIES, LLC, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' April 15, 2021 joint letter. (ECF 509). It is HEREBY ORDERED that:

- By **April 30, 2021**, Plaintiffs are directed to provide to Defendants a chart with the following information for each opt-in plaintiff: "respective dates of employment; the Con Edison projects to which they were supposedly assigned by the Griffin Defendants; and the nature and amount of the wages they claim are due them."

- The parties shall brief whether the automatic stay under 11 U.S.C. § 362 of the case against Defendant Smith applies to any other defendants in this case. Defendants' motion to stay the action due by **May 12, 2021**.[1] Any opposition shall be filed by **May 26, 2021**. Any reply shall be filed by **June 9, 2021**.

**SO ORDERED.**

                                                               *s/ Ona T. Wang*

Dated: April 23, 2021                                      **Ona T. Wang**
       New York, New York                 United States Magistrate Judge

---

[1] If any other party intends to either join in the motion or join in another party's opposition, the parties shall coordinate so that only one set of papers is filed for the motion, opposition, and/or reply. The parties may, of course, have individualized arguments in the joint papers.