USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___08/18/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**RAVEN MOSES,** *individually and on behalf of themselves and all current and former employees*, **ET AL.,**

                     **Plaintiffs,**

     -against-

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL.,**

                     **Defendants.**

-------------------------------------------------------------------- x

**18-CV-1200 (ALC) (OTW)**

**ORDER**

**ANDREW L. CARTER, JR.,** United States District Judge:

The Court is in receipt of Plaintiffs' letter regarding their request for a pre-motion conference in connection with their anticipated motion for class certification and Defendant Con Edison's response. ECF Nos. 563, 566.

Plaintiffs are hereby ORDERED to respond to Defendant's letter, specifically their contention that a motion for class certification is pre-mature at this stage of the litigation and their request, in the alternative, for a pre-motion conference in connection with Defendant's motion for summary judgment, by no later than August 23, 2021.

**SO ORDERED.**

**Dated:**     **August 18, 2021**
             **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**

1