**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

RAVEN MOSES, et al.,                                      :
                                                          :
                          Plaintiffs,                     :      18-CV-1200 (ALC) (OTW)
                                                          :
             -against-                                    :      **ORDER**
                                                          :
GRIFFIN INDUSTRIES, LLC, et al.,                          :
                                                          :
                          Defendants.                     :
                                                          :
                                                          :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' request to submit their joint status report originally due October 8, 2021 on October 12, 2021. (ECF 587). That request is **GRANTED** *nunc pro tunc.*

The Court is also in receipt of Defendant Con Ed's request to convert the in-person status conference scheduled for October 14, 2021 to a teleconference or video conference. (ECF 588). That request is **DENIED**. While the Court is sympathetic to concerns about COVID-19 exposure in connection with litigating cases in this District, these concerns are reasonably mitigated by vaccines, masking, and the Southern District of New York's comprehensive and constantly evolving COVID-19 protocol.[1] *See* https://www.nysd.uscourts.gov/covid-19-coronavirus. The history and posture of this case require that we proceed in person.

---

[1] This District sets out a detailed COVID-19 protocol to protect employees, contractors and members of the public, many of whom may be immunocompromised themselves, have unvaccinated children under 12 at home (who are likely attending school in person), or have immunocompromised family members.

Griffin's counsel is directed to review the Restrictions on Entry to the Courthouse and advise the Court by **5:00 p.m. on October 13, 2021** if the Court's entry protocols would not permit attendance in person.


**SO ORDERED.**


Dated: October 12, 2021
New York, New York

_s/ Ona T. Wang_

**Ona T. Wang**
United States Magistrate Judge