**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAVEN MOSES, et al.,

                Plaintiffs,

      -against-

GRIFFIN INDUSTRIES, LLC, et al.,

                Defendants.

------------------------------------------------------------x

18-CV-1200 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This afternoon, Griffin's counsel informed the Court that he may not enter the Courthouse pursuant to the Restrictions on Entry to the Courthouse under this District's COVID-19 protocol. Accordingly, the in-person discovery status conference scheduled for tomorrow, October 14, 2021, will instead be held on **December 1, 2021 at 2:00 p.m. in Courtroom 20D, United States Courthouse, 500 Pearl Street, New York, New York.**

The parties are further directed to submit a joint letter by November 23, 2021, summarizing discovery to date, including any ripe disputes.

**SO ORDERED.**

Dated: October 13, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge