**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAVEN MOSES, et al.,

                Plaintiffs,

        -against-

GRIFFIN INDUSTRIES, LLC, et al.,

                Defendants.

------------------------------------------------------------x

18-CV-1200 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

As ordered at the December 1, 2021 conference, the Joint Employer document discovery deadline is extended to January 31, 2022. On January 21, 2022, Plaintiffs and Defendant Con Ed are directed to file a joint status letter setting out a plan for Joint Employer depositions.

The parties are directed to appear for an in-person discovery status conference, in accordance with my Individual Rules, on February 9, 2022 at 11:00 am in Courtroom 20D at 500 Pearl Street, New York, NY 10007. The parties must be prepared to discuss, at a minimum: (1) the status of joint employer discovery and litigation; and (2) the applicability of 11 U.S.C. § 362 to any other aspects of this litigation.

        **SO ORDERED.**

Dated: December 3, 2021
       New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                  United States Magistrate Judge