**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
RAVEN MOSES, et al.,

                      Plaintiffs,            18-CV-1200 (ALC) (OTW)

        -against-                  **ORDER**

GRIFFIN INDUSTRIES, LLC, et al.,

                      Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant Con-Ed's request for a 60-day extension to exchange Joint Employer documents. (ECF 619). This request is **GRANTED** *nunc pro tunc*. The Court is also in receipt of the parties' joint request to adjourn the February 9, 2022 status conference for approximately 65 days. (ECF 620). This request is **DENIED** at this time.

At the December 1, 2021 conference, the Court directed Plaintiffs to keep the Court apprised of the status of Michael Smith's bankruptcy as it relates to Defendant Griffin Industries' request to stay discovery. (ECF 607 at 45:3-6; ECF 547). Specifically, Plaintiffs' counsel was to determine "whether or not the co-defendants are . . . co-debtors in the bankruptcy action and what the effect of the stay is . . . on co-debtors, if any." (ECF 607 at 44:9-15). Despite this, neither party has given the Court an update on the bankruptcy.

The parties are directed to meet and confer and inform the Court by **February 4, 2022,** whether they have reached an understanding as to the impact of Michael's Smith bankruptcy on this case. The parties are further directed to inform the Court whether the additional

discovery and cooperation cited in ECF 620 resolves Plaintiffs' request for spoliation sanctions against Defendant Griffin Industries. (ECF 550).

The Clerk of Court is directed to close ECF 619 and 620.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: February 2, 2022  **Ona T. Wang**
New York, New York  United States Magistrate Judge