**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
RAVEN MOSES, et al.,                        :
                                            :
                        Plaintiffs,         :    18-CV-1200 (ALC) (OTW)
                                            :
            -against-                       :    ORDER
                                            :
CONSOLIDATED EDISON COMPANY OF NEW          :
YORK, INC., et al.,                         :
                                            :
                        Defendants.         :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

For the reasons stated on the record, this case is **STAYED** as to Griffin Security Services, Inc ("Griffin") under 11 USC § 362(a).[1] The stay does not extend to any other individual defendants or to ConEd.  Additionally, Plaintiffs' spoliation motion against Griffin is **DENIED** as premature. The Clerk of Court is respectfully ordered to close ECF 547 and ECF 550.

As discussed, Plaintiffs' counsel is directed to file a stipulation or dismissal, clarifying that individual defendants Alston, Yee and Lopez are dismissed from this case.

---

[1] Although Griffin's defense counsel refers to Griffin as "Griffin Industries LLC" and "Griffin Security Services," as set forth in Michael Smith's bankruptcy declaration, Griffin's proper name is "Griffin Security Services, Inc." *See in re Michael E. Smith*, Case No. 21-22203-shl, ECF 4.

The parties are directed to file a joint status letter on **February 25, 2022** updating the Court as to whether they are interested in pursuing settlement discussions at this time. *See* Individual Practices, Section VII, available at:

https://nysd.uscourts.gov/sites/default/files/practice_documents/OTW%20Wang%20Individual%20Practices%20Mar%202020.pdf.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: February 9, 2022 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |