**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
RAVEN MOSES, et al.,

                    Plaintiffs,    18-CV-1200 (ALC) (OTW)

        -against-    **ORDER**

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al.,

                    Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, March 10, 2022 at 2:00 p.m.** The dial in information is (866) 390-1828, access code 158-2687.

SO ORDERED.

Dated: March 3, 2022
       New York, New York

                                           *s/ Ona T. Wang*
                                           **Ona T. Wang**
                                           United States Magistrate Judge