**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAVEN MOSES, et al.,                                         :
                                                            :
                                    Plaintiffs,             :          18-CV-1200 (ALC) (OTW)
                                                            :
                       -against-                            :          **ORDER**
                                                            :
GRIFFIN INDUSTRIES, LLC, et al.,                            :
                                                            :
                                    Defendants.             :
                                                            :
                                                            :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge:**

      The Court will hold an in-person Settlement Conference on **either August 5, 2022 at**

**10:00 a.m., or September 22, 2022 at 2:00pm** at the Daniel Patrick Moynihan Courthouse, 500

Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Rules of

Practice in Civil Cases § VII upon receipt of this Order.[1]

      The parties are directed to meet and confer and file a joint status letter on July 28, 2022

indicating which date they prefer.

      **SO ORDERED.**

Dated: July 25, 2022                                         ___*s/ Ona T. Wang*_____
      New York, New York                              **Ona T. Wang**
                         United States Magistrate Judge

---

[1] Ex parte Settlement Conference Summary Forms and Letters would be due July 29, 2022, or September 15, 2022, respectively. *See* Individual Rules Section VII.c.