UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MOSES,** *individually and on behalf of all others similarly situated*, **et al.,**

         **Plaintiffs,**

         -against-

**CONSOLIDATED EDISON COMPANY OF NEW YORK, ET AL.,**

         **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2022__

18-cv-1200 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the parties' pre-motion conference letters. ECF Nos. 653-654.

The Court will hold a telephonic conference on **Tuesday, December 6, 2022 at 4:00 p.m. Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:   November 18, 2022
           New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**