UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MOSES,** *individually and on behalf of all others similarly situated*, **ET AL.,**

        **Plaintiffs,**

-against-

**CONSOLIDATED EDISON COMPANY OF NEW YORK, ET AL.,**

        **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/28/2022

**18-cv-01200 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the Defendant's letter motion requesting an adjournment of the telephonic conference scheduled for December 6, 2022. ECF No. 656. The Court hereby **ADJOURNS** the previously scheduled conference until **Monday December 19, 2022 at 4:00 p.m. Eastern time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    November 28, 2022
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**