**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
RAVEN MOSES, et al.,                              :
                                                  :
                            Plaintiffs,           :          18-CV-1200 (ALC) (OTW)
                                                  :
              -against-                           :          **ORDER**
                                                  :
GRIFFIN INDUSTRIES, LLC, et al.,                  :
                                                  :
                            Defendants.           :
                                                  :
                                                  :
---------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a Status Conference on **November 2, 2022**. (ECF 648). The parties filed a joint status letter on September 23, 2022. (ECF 647). As discussed on the record, the Court held the following:

The parties joint request to vacate the stay with respect to the Griffin Defendants (ECF 647) was **GRANTED**. The stay with respect to the Griffin Defendants was vacated.

Defendant Consolidated Edison Company of New York, Inc. ("Con Ed")'s request for leave to move to compel Plaintiff to comply with the Court's order on April 23, 2021, was **DENIED as moot**. (ECF 571). Plaintiff was directed to produce to Defendant Con Ed the information as discussed at the conference by **November 16, 2022**.

The parties were directed to meet and confer on what information was missing from Plaintiff's production due November 16, 2022; how to resolve Defendant Con Ed's request for leave to seek dismissal of named Plaintiff Beacham; how to proceed with depositions; and the order of priority for outstanding discovery following the agreed upon depositions. (ECF 594).

The parties were directed to file a joint status letter by **December 2, 2022**. The parties

filed a joint status letter on December 2, 2022. (*See* ECF 658). The parties were directed to report if they had reached a resolution on Defendant Con Ed's request for leave to seek dismissal of named Plaintiff Beachman (ECF 594) and, if not, if they intended to proceed with motions. If the parties intended to proceed with motions, they must have provided a joint proposed briefing schedule. The parties were directed to propose a schedule for the depositions of Aaron Muniz, Winton Smith, and Steve Sebastopoli.

The Court will hold a Status Conference on **December 13, 2022, at 3:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY, 10007.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 5, 2022      **Ona T. Wang**
       New York, New York      United States Magistrate Judge