```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAVEN MOSES, et al.,                                       :
                                                           :
                              Plaintiffs,                  :    18-CV-1200 (ALC) (OTW)
                                                           :
              -against-                                    :
                                                           :    **ORDER**
GRIFFIN INDUSTRIES, LLC, et al.,                           :
                                                           :
                              Defendants.                  :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a Status Conference on **December 13, 2022**. (ECF 659). The parties filed a joint status letter on December 2, 2022. (ECF 658). As discussed on the record, the Court held the following:

Discovery for Plaintiffs' prevailing wage claims is not stayed. The parties shall proceed with discovery on Plaintiffs' prevailing wage claims.

The parties are directed to file their stipulation for the dismissal of Defendant **Andrew Muniz** without prejudice no later than **January 13, 2023**.

The deposition of Steven Sebastopoli will conclude on **January 23, 2023**.

The parties are directed to file a joint status letter by **January 13, 2023**. The parties should include in the letter a proposed discovery schedule, and a proposed briefing schedule for summary judgment on Plaintiffs' joint employer claims.

The Court will hold an in-person Status Conference on **March 7, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY, 10007. The parties are directed to file a joint status letter by **February 3, 2023**. The letter should include a proposed agenda for the

upcoming Status Conference on March 7, 2023.

The Clerk of Court is respectfully directed to close ECF 660 since it was resolved by memo endorsement in ECF 661.

**SO ORDERED.**

Dated: December 13, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge