UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSES ET AL.,

                        **Plaintiffs,**

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL.,

                        **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/25/2023

18-cv-01200 (ALC) (OTW)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiffs' proposed Rule 23 Class Notice. *See* ECF No. 683. The parties have conferred and agreed to the content of the Class Notice and a plan for dissemination of the notice to the Class Members. ECF No. 706.

    Pursuant to Fed. R. Civ. P. 23(c)(2), the parties' agreed-to Class Notice, at ECF No. 683-1, states in clear and concise plain, easily understood language:(i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through an attorney if the member so desires; (v) that the court will exclude from the class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members. The Court hereby **APPROVES** the Class Notice[1].

---

[1] Plaintiffs, however, are directed to remove Defendant Winton Smith from the Class Notice form. ECF Nos. 698, 710.

**SO ORDERED.**

**Dated:** **July 25, 2023**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**