USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/25/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MOSES, *et al.*, individually and on behalf of all others similarly situated,<br><br>                                              **Plaintiffs,**<br><br>-against-<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK INC., *et al.*,<br><br>                                              **Defendants.** | 18-CV-01200 (ALC)<br><br>**<u>AMENDED ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby **AMENDS** its prior Opinion and Order docketed at ECF No. 736 as to Plaintiffs' Tenth Cause of Action for breach of contract on the grounds that this claim is not predicated upon a theory of joint employer liability. As such, Plaintiffs' breach of contract claim is not implicated in Defendant's motion for partial summary judgment and is not dismissed. All other portions of the Court's prior Opinion and Order at ECF No. 736 are left unaltered. The Clerk of the Court is respectfully directed to terminate the motions docketed at ECF Nos. 738 and 740.

**SO ORDERED.**
**Dated:    April 25, 2024**
             **New York, New York**

                                                      *[signature: Andrew L. Carter]*
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**