**MEMO ENDORSED.**

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
### Providing Exemplary Legal Service Since 1888

**KATE MCGUIRE**
DIRECT DIAL: 212-545-4773
FACSIMILE: 212-545-4653
mcguire@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 W. MADISON ST., STE, 1400
CHICAGO, IL 60602
312-984-0000

February 3, 2025

**VIA ECF**

Hon. Ona Wang
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

*Re: Moses, et al. v. Griffin Industries, LLC, et al., No. 18-CV-1200-ALC-OT*

Dear Judge Wang:

We represent Plaintiffs, the class, and the collective in the above-titled matter. We respectfully request four (4) additional weeks for the parties to file the motion for preliminary approval of settlement of this action. Defendants have consented to the filing of this request.

The current deadline for the filing of this motion is February 7, 2025 (ECF 754); the parties respectfully requested that the deadline for filing the motion be adjourned to March 7, 2025. The parties make this request because we are in the process of finalizing the settlement agreement. This is the parties' first request to extend this deadline.

We thank the Court for its attention to this request.

Application **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 2/5/2025

Sincerely,

/s/ Kate McGuire
Kate McGuire