**MEMO ENDORSED.**

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
### Providing Exemplary Legal Service Since 1888

**KATE MCGUIRE**
DIRECT DIAL: 212-545-4773
FACSIMILE: 212-545-4653
mcguire@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 W. MADISON ST., STE, 1400
CHICAGO, IL 60602
312-984-0000

March 4, 2025

<u>VIA ECF</u>

Hon. Ona Wang
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

*Re: Moses, et al. v. Griffin Industries, LLC, et al., No. 18-CV-1200-ALC-OT*

Dear Judge Wang:

We represent Plaintiffs, the class, and the collective in the above-titled matter. We respectfully request two (2) additional weeks for the parties to file the motion for preliminary approval of settlement of this action. Defendants have consented to the filing of this request.

The current deadline for the filing of this motion is March 7, 2025 (ECF 756); the parties respectfully request that the deadline for filing the motion be adjourned to March 21, 2025. We request this extension because the parties are still in the process of finalizing the terms of this complex settlement agreement. One extension of this deadline has previously been requested.

We thank the Court for its attention to this request.

Application **GRANTED.**

Sincerely,

/s/ *Kate McGuire*

Kate McGuire

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 3/6/2025