UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSES ET AL.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL.,<br><br>        Defendants. | 18-cv-01200 (ALC) (OTW)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

  The Court is in receipt of the proposed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) filed by Defendant Consolidated Edison Company of New York, Inc. on March 20, 2025. ECF No. 760.

  The Court **ORDERS** the parties to properly file the form in accordance with the pertinent section in the Court's Individual Practices regarding such forms, which states that "parties should not file on ECF a Consent to Proceed Before United States Magistrate Judge; the parties should e-mail it to the Orders and Judgments Clerk at judgments@nysd.uscourts.gov." *See* Individual Practices of Andrew L. Carter, Jr., 1.F.

  The Court also notes that not all active parties have signed the proposed form and that a fully executed AO-85 form filed pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 requires signatures from all active parties.

**SO ORDERED.**

**April 15, 2025**
**New York, New York**

                      */s/ Andrew L. Carter, Jr.*
                      **ANDREW L. CARTER, JR.**
                      United States District Judge