UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVEN MOSES, STARAISHA MORRIS, DWAYNE DALE, ISMAIYL JONES, AYANNA BEACHAM, ANDRE MURRAY, VICTOR BALLAST, and LUIS SIMONE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>- against -<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., GRIFFIN INDUSTRIES, LLC, GRIFFIN SECURITY SERVICES, MICHAEL SMITH, WINSTON SMITH, ANDREW MUNIZ, and AARON MUNIZ,<br><br>        Defendants. | Civil Action No.<br>1:18-CV-01200-ALC-OTW |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

  For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and the affidavit submitted therewith, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

  (1) preliminarily approving the settlement reached by the parties in this action as embodied in their Joint Stipulation of Class and Collective Settlement Agreement and Release (See Exhibit B, annexed to Manifold Declaration);

  (2) approving the proposed Notice of Proposed Class and Collective Settlement ("Proposed Notice") proposed Claim Form, and proposed Publication Notice, attached to the Manifold Declaration as Exhibits C, D, and E, respectively.

(3) instructing the parties to appear before this Court for a Final Approval and Fairness Hearing on a date approximately one hundred and twenty (120) days from the date of the Preliminary Approval Order; and

(4) for such other and further relief as the Court may deem just and proper.

Plaintiffs have conferred with Defendants who have indicated that they do not oppose this motion.

Attached hereto as **Exhibit 1** please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT.

Dated: New York, New York
June 27, 2025

Respectfully submitted,

/s/    Betsy C. Manifold
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Betsy C. Manifold
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4699
manifold@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Kate McGuire
270 Madison Ave.
New York, New York 10016
Tel: (212) 545-4600
mcguire@whafh.com

/s/    Brent E. Pelton
**PELTON GRAHAM LLC**
Brent E. Pelton (BP 1055)
Taylor B. Graham (TG 9607)
111 Broadway, Suite 16503

New York, New York 10006
Tel: (212) 385-9700
Fax: (212) 385-0800

/s/ __George T. Peters_____
**LAW OFFICE OF GEORGE T. PETERS, PLLC**
George T. Peters (GP 2661)
2510 Valentine Avenue, 3rd Floor
Bronx, New York 10458
Tel: (929) 374-1200
g.peters@myattys1.com

*Attorneys for Plaintiffs, the FLSA Collective, and Proposed Class*