UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAVEN MOSES, et. al.,

                          Plaintiffs,

          -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC., et. al.,

                          Defendants.

18-CV-01200 (OTW) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the pre-settlement conference on February 23, 2026, some of the plaintiffs and their lawyers appeared on my conflicts list, indicating that the pro se legal services clinic where I worked had been consulted by some of the plaintiffs while I worked at the clinic, although I have no recollection of the consultation and no ability to check whether I or another employee of the clinic provided the consultation. The parties shall submit a joint letter on the docket by **March 2, 2026**, indicating if all parties agree to proceeding with a settlement conference with me or if all parties do not agree.

DATED:  February 24, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**