**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAVEN MOSES, *et al.,*

                           Plaintiffs,

                -against-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC., *et al.,*

                           Defendants.
-----------------------------------------------------------------X

**18 Civ. No. 1200 (OTW)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, April 1, 2026 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 644 417 333#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

        **SO ORDERED.**

DATED:     New York, New York
           March 16, 2026

                                 _____
                                The Honorable Gary Stein
                                United States Magistrate Judge