

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

March 20, 2026

**VIA ECF**

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007
GSteinNYSDChambers@nysd.uscourts.gov



Re:    *Moses, et al. v. Consolidated Edison Company of New York, Inc., et al.,*
       **No. 1:18-cv-01200(ALC)(OTW)**
       **Request to Reschedule April 1, 2026 Pre-Settlement Conference**

Dear Judge Stein:

This firm represents Defendant Consolidated Edison Company of New York, Inc. ("Con Edison") in the above-referenced action.  Con Edison respectfully submits this letter jointly with Plaintiffs' counsel to request the Court to reschedule the April 1, 2026 pre-settlement conference (Dkt. 796) due to Con Edison's counsel's conflict with the Passover holiday and client meetings that day.  Counsel for both parties propose the following dates and time frames for rescheduling this telephonic conference:

- April 14, 2026 (between 12:30-1pm)
- April 20, 2026 (between 12:30-5pm)
- April 23, 2026 (between 12:30-3pm)

Plaintiffs' counsel consents to this request.  This is Con Edison's first request for an adjournment of this pre-settlement conference.  We thank the Court for its consideration of this request.

Respectfully submitted,

*/s Eli Freedberg*

Eli Z. Freedberg
Shareholder

EZF/prp

cc:    All Counsel of Record (via ECF)

Application granted.  The Court will separately schedule a new time for the Pre-Settlement Conference Call.

SO ORDERED.

Date:  New York, New York
       March 23, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

littler.com